IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TYRONE JAMAAL WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:17-CV-3264-D |
| | § | |
| HUNT COUNTY, TEXAS SHERIFF DEPARTMENT, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

This action shall remain referred to Judge Horan for further screening.

**SO ORDERED**.

May 1, 2018.

SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE