IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TYRONE JAMAAL WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:17-CV-3264-D |
| | § | |
| HUNT COUNTY, TEXAS SHERIFF | § | |
| DEPARTMENT, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case on October 4, 2019. An amended complaint and/or objections were filed by plaintiff on October 18, 2019. The undersigned district judge has reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

December 17, 2019.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE